```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

JUNIOR Z. GREEN,                  :

     Plaintiff,                   :

vs.                               :
                                       CIVIL ACTION 06-0419-M
LINDA S. McMAHON,                 :
Acting Commissioner of
Social Security,                  :

     Defendant.                   :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Junior Z. Green and against Defendant Linda S. McMahon.

DONE this 9th day of February, 2007.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE