```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

JUNIOR Z. GREEN,                    :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :      CIVIL ACTION 06-0419-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney be **AWARDED** an EAJA attorney's fee in the amount of $981.25.  No costs are taxed.

DONE this 10th day of April, 2007.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE